UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

EMILIO PINERO,

       Plaintiff,
v.

FLAGLER 1164, LLC and CHONG'S
CHINESE RESTAURANT, INC. d/b/a
CHONG'S CHINESE RESTAURANT,

       Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, EMILIO PINERO, and Defendant, FLAGLER 1164, LLC, by and through its undersigned counsel, hereby notifies the Court that the Parties have reached a settlement in principle. The above Parties are in the process of memorializing their agreement and finalizing their settlement documents.

| | |
|---|---|
| /s/ Glenn R. Goldstein | /s/ Lauren N. Wassenberg |
| Glenn R. Goldstein | Florida Bar No. 34083 |
| Florida Bar No. 55873 | Lauren N. Wassenberg & Assoc., P.A. |
| Glenn R. Goldstein & Assoc., PLLC | 33 SE Fourth Street, Ste. 100 |
| 8101 Biscayne Boulevard, Ste. 504 | Boca Raton, FK 33432 |
| Miami, FL 33138 | Tel. 561-571-0646 |
| Telephone (305) 900-2373 | Email: WassenbergL@gmail.com |
| Email: GGoldstein@G21Legal.net | |
| | /s/ Rodolfo Gomez |
| | Rodolfo Gomez |
| | Florida Bar No. 0820903 |
| | FordHarrison |
| | One SE Third Avenue |
| | Suite 2130 |
| | Miami, FL 33131 |
| | Telephone 305-8082100 |
| | Email: rgomez@fordharrison.com |

WSACTIVELLP:13657320.1