UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23117-BLOOM/Otazo-Reyes

EMILIO PINERO,

    Plaintiff,

v.

FLAGLER 1164 LLC, and CHONG'S
CHINESE RESTAURANT, INC.,

    Defendants.
_____/

**ORDER APPROVING AND ENTERING CONSENT
DECREE AND DISMISSING ACTION WITH PREJUDICE**

**THIS CAUSE** is before the Court on the Parties' Joint Motion for Approval of and Entry of Consent Decree and to Dismiss Action with Prejudice. ECF No. [27]. The Court has reviewed the same, the record, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows.

1. The Joint Motion for Approval of and Entry of Consent Decree and to Dismiss Action with Prejudice, **ECF No. [27]**, is **APPROVED**.

2. The Court approves and adopts the Consent Decree. The Consent Decree is hereby entered, and this action is **DISMISSED WITH PREJUDICE**.

3. The Court shall retain jurisdiction to enforce the terms of the Consent Decree, ECF No. [27-1].

4. Each party shall bear its own attorney's fees and costs except as detailed in the Consent Decree and/or as agreed by the Parties.

Case No. 22-cv-23117-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 14, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record